IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Barksdale, Linda M | Case Number: 04 B 39045 |
| | Judge: Hollis, Pamela S |
| Printed: 4/22/08 | Filed: 10/20/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: February 29, 2008
Confirmed: January 10, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 61,994.49 | |
| Secured: | | 5,042.30 |
| Unsecured: | | 29,089.17 |
| Priority: | | 0.00 |
| Administrative: | | 1,126.00 |
| Trustee Fee: | | 1,942.53 |
| Other Funds: | | 24,794.49 |
| Totals: | 61,994.49 | 61,994.49 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Jesse Outlaw & Associates | Administrative | 1,126.00 | 1,126.00 |
| 2. | Bank Of New York | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago | Secured | 0.00 | 0.00 |
| 4. | Bank Of New York | Secured | 5,042.30 | 5,042.30 |
| 5. | City Of Chicago | Unsecured | 494.81 | 1,245.50 |
| 6. | Jefferson Capital | Unsecured | 474.57 | 1,195.09 |
| 7. | American Express Travel Relate | Unsecured | 1,951.97 | 4,915.62 |
| 8. | United Student Aid Funds Inc | Unsecured | 8,630.06 | 21,732.96 |
| 9. | Illinois Dept Of Employment Sec | Secured | | No Claim Filed |
| 10. | United Student Aid Funds Inc | Secured | | No Claim Filed |
| 11. | American Express Travel Relate | Unsecured | | No Claim Filed |
| 12. | NCO Portfolio Management | Unsecured | | No Claim Filed |
| 13. | Capital One | Unsecured | | No Claim Filed |
| 14. | Capital One | Unsecured | | No Claim Filed |
| 15. | Select Portfolio Servicing | Unsecured | | No Claim Filed |
| 16. | Olympus Servicing | Unsecured | | No Claim Filed |
| 17. | Illinois Dept Of Employment Sec | Unsecured | | No Claim Filed |
| 18. | SAKS | Unsecured | | No Claim Filed |
| 19. | Capital One | Unsecured | | No Claim Filed |
| 20. | Professional Credit Services | Unsecured | | No Claim Filed |
| | | | $ 17,719.71 | $ 35,257.47 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 161.20 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Barksdale, Linda M

Printed: 4/22/08

Case Number: 04 B 39045
Judge: Hollis, Pamela S
Filed: 10/20/04

|       |          |
|-------|----------|
| 4%    | 74.40    |
| 3%    | 55.80    |
| 5.5%  | 306.91   |
| 5%    | 92.99    |
| 4.8%  | 172.13   |
| 5.4%  | 1,079.10 |
|       | _____ |
|       | $ 1,942.53 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

